UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
Lam, Quyen Dieu                     §    Case No. 18-04422
                                    §
                                    §
           Debtors(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/19/2018. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 8,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 15.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 7,985.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

 5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

 6. The deadline for filing non-governmental claims in this case was 08/09/2018 and the deadline for filing governmental claims was 08/20/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

 7. The Trustee's proposed distribution is attached as **Exhibit D.**

 8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,550.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,550.00, for a total compensation of $1,550.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 09/04/2018     By : /s/ Joseph A. Baldi
                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-04422 | Judge: | Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi |
| Case Name: | Lam, Quyen Dieu | | | Date Filed (f) or Converted (c): | 02/19/2018 (f) |
| | | | | 341(a) Meeting Date: | 03/22/2018 |
| For Period Ending: | 09/04/2018 | | | Claims Bar Date: | 08/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 2015 Toyota Sienna Estimated Mileage: 17900 | 15,800.00 | 5,800.00 | | 5,800.00 | FA |
| 2. 2000 Honda Accord Estimated Mileage: 81,000 | 800.00 | 700.00 | | 700.00 | FA |
| 3. Household goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Savings Chase | 500.00 | 0.00 | | 0.00 | FA |
| 6. Checking Chase | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Checking Citi | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Brokerage E Trade Financial | 200.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) Through Employer; account custodian Vanguard. | 180,000.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) Through former employer; custodian Met Life | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 401(k) Through former employer; custodian Charles Schwab | 700.00 | 0.00 | | 0.00 | FA |
| 12. 2017 Anticipated Tax Refund; 1/2 interest with spouse. | 2,500.00 | 1,500.00 | | 1,500.00 | FA |
| 13. Term Life Insurance with State Farm Wife | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 207,500.00 | 8,000.00 | | 8,000.00 | 0.00 |

Re Prop. #9   Debtor has outstanding loan balance on said account, being paid through automatic deduction from his paycheck by his employer at the rate of approximately $500 per month.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**August 21, 2018:** Trustee reviewed claims and has prepared his TFR. Trustee will submit TFR for approval by the UST.

**July 10, 2018** - Trustee identified non-exempt equity totaling an aggregate of $9,100.00 in the Debtor's 2015 Toyota, Honda and tax refund. Trustee negotiated with the Debtor for a sale of the equity back to the Debtor

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 18-04422 | Judge: Jack B. Schmetterer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: Lam, Quyen Dieu | | Date Filed (f) or Converted (c): 02/19/2018 (f) |
| | | 341(a) Meeting Date: 03/22/2018 |
| For Period Ending: 09/04/2018 | | Claims Bar Date: 08/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

for the aggregate purchase price of $8,000.00. Trustee's motion to approve the proposed sale is set for hearing on July 24, 2018. Upon approval of the proposed sale to the Debtor, Trustee will address claim issues, if any, after expiration of the claims bar date on August 21, 2018. Thereafter, Trustee will prepare his TFR.

**Initial Projected Date of Final Report(TFR) :** 11/15/2018      **Current Projected Date of Final Report(TFR) :** 10/01/2018

**Trustee's Signature**  /s/Joseph A. Baldi       **Date:** 09/04/2018
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 18-04422 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | Lam, Quyen Dieu | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5674 Checking Account |
| Taxpayer ID No: | **-***3012 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/4/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/12/2018 |  | Quyen D. Lam<br>6455 N. Hamilton, 1st Floor<br>Chicago, IL 60645 | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund |  | 8,000.00 |  | 8,000.00 |
|  | [12] |  | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund    1,500.00 | 1124-000 |  |  |  |
|  | [1] |  | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund    5,800.00 | 1129-000 |  |  |  |
|  | [2] |  | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund    700.00 | 1129-000 |  |  |  |
| 08/03/2018 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 15.00 | 7,985.00 |
|  |  |  | Page Subtotals |  | 8,000.00 | 15.00 |  |

|  |  |  |
| --- | --- | --- |
| **COLUMN TOTALS** | 8,000.00 | 15.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 8,000.00 | 15.00 |
| Less: Payments to Debtors |  | 0.00 |
| **Net** | 8,000.00 | 15.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-04422 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Lam, Quyen Dieu | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5674 Checking Account |
| Taxpayer ID No: | **-***3012 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/4/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | |
|---|---|---|---|---|---|
| | All Accounts Gross Receipts: | 8,000.00 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| | All Accounts Gross Disbursements: | 15.00 | ******5674 Checking Account | 8,000.00 | 15.00 | |
| | All Accounts Net: | 7,985.00 | **Net Totals** | 8,000.00 | 15.00 | 7,985.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case: 18-04422 | | | | | | | Joseph A. Baldi Trustee |
| Lam, Quyen Dieu | | | CLAIMS REGISTER | | | | Dated: Sep 04, 2018 |
| | | | | | | | EXHIBIT C Page 1 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100-000<br>ADMIN | Valid To Pay | 1,550.00 | 1,550.00 | 0.00 | 1,550.00 | 0.00 |
| | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110-000<br>ADMIN | Valid To Pay | 2,140.50 | 2,140.50 | 0.00 | 2,140.50 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **3,690.50** | **3,690.50** | **0.00** | **3,690.50** | **0.00** |

| Case: 18-04422 Lam, Quyen Dieu | | | CLAIMS REGISTER | | | | Joseph A. Baldi Trustee Dated: Sep 04, 2018 EXHIBIT C Page 2 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054 | 7100-000 UNSEC | Valid To Pay | 13,974.39 | 13,974.39 | 0.00 | 1,778.06 | 12,196.33 |
| 00002 | U.S. Bank National Association Bankruptcy Department PO Box 108 Saint Louis, MO 63166 | 7100-000 UNSEC | Valid To Pay | 9,081.98 | 9,081.98 | 0.00 | 1,155.56 | 7,926.42 |
| 00003 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | 7100-000 UNSEC | Valid To Pay | 2,766.38 | 2,766.38 | 0.00 | 351.99 | 2,414.39 |
| 00004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | 7100-000 UNSEC | Valid To Pay | 5,129.36 | 5,129.36 | 0.00 | 652.64 | 4,476.72 |
| 00005 | State Farm Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | 7100-000 UNSEC | Valid To Pay | 2,800.00 | 2,800.00 | 0.00 | 356.25 | 2,443.75 |
| **UNSECURED TOTAL** | | | | **33,752.11** | **33,752.11** | **0.00** | **4,294.50** | **29,457.61** |

| | | | | | |
|---|---|---|---|---|---|
| **REPORT TOTALS** | **37,442.61** | **37,442.61** | **0.00** | **7,985.00** | **29,457.61** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-04422
Case Name: Lam, Quyen Dieu

Trustee Name: Joseph A. Baldi

Balance on Hand $7,985.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd | $ 2,140.50 | $ 0.00 | $ 2,140.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,690.50 |
| Remaining Balance | | | $ 4,294.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,752.11 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) Page 10

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Discover Bank Discover Products Inc | $ 13,974.39 | $ 0.00 | $ 1,778.06 |
| 00002 | U.S. Bank National Association | $ 9,081.98 | $ 0.00 | $ 1,155.56 |
| 00003 | PYOD, LLC its successors and assigns as | $ 2,766.38 | $ 0.00 | $ 351.99 |
| 00004 | PYOD, LLC its successors and assigns as | $ 5,129.36 | $ 0.00 | $ 652.64 |
| 00005 | State Farm Bank c/o Becket and Lee | $ 2,800.00 | $ 0.00 | $ 356.25 |
| Total to be paid to timely general unsecured creditors | | | | $ 4,294.50 |
| Remaining Balance | | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE