UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Lam, Quyen Dieu | § | Case No. 18-04422 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $300.00 | Assets Exempt: $191,300.00 |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $4,294.50 | Claims Discharged |
| | Without Payment: $122,424.61 |
| Total Expenses of Administration: $3,705.50 | |

3) Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,800.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $3,705.50 | $3,705.50 | $3,705.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $92,967.00 | $33,752.11 | $33,752.11 | $4,294.50 |
| **TOTAL DISBURSEMENTS** | $99,767.00 | $37,457.61 | $37,457.61 | $8,000.00 |

4) This case was originally filed under chapter 7 on 02/19/2018. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   11/26/2018        By :   /s/ Joseph A. Baldi

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 2017 Anticipated Tax Refund; 1/2 interest with spouse. | 1124-000 | $1,500.00 |
| 2015 Toyota Sienna Estimated Mileage: 17900 | 1129-000 | $5,800.00 |
| 2000 Honda Accord Estimated Mileage: 81,000 | 1129-000 | $700.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services | | $6,800.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$6,800.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| Baldi Berg, Ltd | 3110-000 | NA | $2,140.50 | $2,140.50 | $2,140.50 |
| Texas Capital Bank | 2600-000 | NA | $15.00 | $15.00 | $15.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,705.50** | **$3,705.50** | **$3,705.50** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00005 | State Farm Bank c/o Becket and | 7100-000 | NA | $2,800.00 | $2,800.00 | $356.25 |
| 00004 | PYOD, LLC its successors and | 7100-000 | NA | $5,129.36 | $5,129.36 | $652.64 |
| 00003 | PYOD, LLC its successors and | 7100-000 | NA | $2,766.38 | $2,766.38 | $351.99 |
| 00002 | U.S. Bank National Association | 7100-000 | NA | $9,081.98 | $9,081.98 | $1,155.56 |
| 00001 | Discover Bank Discover Products | 7100-000 | NA | $13,974.39 | $13,974.39 | $1,778.06 |
| | Bank Of America | | $4,400.00 | NA | NA | $0.00 |
| | Bank Of America | | $16,048.00 | NA | NA | $0.00 |
| | Bank Of America | | $3,677.00 | NA | NA | $0.00 |
| | Chase Card Services | | $47.00 | NA | NA | $0.00 |
| | Chase Card Services | | $955.00 | NA | NA | $0.00 |
| | Citibank | | $5,254.00 | NA | NA | $0.00 |
| | Citibank / Sears | | $2,264.00 | NA | NA | $0.00 |
| | Citibankna | | $17,884.00 | NA | NA | $0.00 |
| | Citibankna | | $12,837.00 | NA | NA | $0.00 |
| | Costco Go Anywhere Citicard | | $2,624.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial | | $14,274.00 | NA | NA | $0.00 |
| | State Farm Financial S | | $2,900.00 | NA | NA | $0.00 |
| | US Bank/Rms CC | | $9,803.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $92,967.00 | $33,752.11 | $33,752.11 | $4,294.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-04422 | Judge: Jack B. Schmetterer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: Lam, Quyen Dieu | | Date Filed (f) or Converted (c): 02/19/2018 (f) |
| | | 341(a) Meeting Date: 03/22/2018 |
| For Period Ending: 11/26/2018 | | Claims Bar Date: 08/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 2015 Toyota Sienna Estimated Mileage: 17900 | 15,800.00 | 5,800.00 | | 5,800.00 | FA |
| 2. 2000 Honda Accord Estimated Mileage: 81,000 | 800.00 | 700.00 | | 700.00 | FA |
| 3. Household goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Savings Chase | 500.00 | 0.00 | | 0.00 | FA |
| 6. Checking Chase | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Checking Citi | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Brokerage E Trade Financial | 200.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) Through Employer; account custodian Vanguard. | 180,000.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) Through former employer; custodian Met Life | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 401(k) Through former employer; custodian Charles Schwab | 700.00 | 0.00 | | 0.00 | FA |
| 12. 2017 Anticipated Tax Refund; 1/2 interest with spouse. | 2,500.00 | 1,500.00 | | 1,500.00 | FA |
| 13. Term Life Insurance with State Farm Wife | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 207,500.00 | 8,000.00 | | 8,000.00 | 0.00 |

Re Prop. #9   Debtor has outstanding loan balance on said account, being paid through automatic deduction from his paycheck by his employer at the rate of approximately $500 per month.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**August 21, 2018:** Trustee reviewed claims and has prepared his TFR. Trustee will submit TFR for approval by the UST.

**July 10, 2018 -** Trustee identified non-exempt equity totaling an aggregate of $9,100.00 in the Debtor's 2015 Toyota, Honda and tax refund. Trustee negotiated with the Debtor for a sale of the equity back to the Debtor

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 18-04422 | Judge: Jack B. Schmetterer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: Lam, Quyen Dieu | | Date Filed (f) or Converted (c): 02/19/2018 (f) |
| | | 341(a) Meeting Date: 03/22/2018 |
| For Period Ending: 11/26/2018 | | Claims Bar Date: 08/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

for the aggregate purchase price of $8,000.00. Trustee's motion to approve the proposed sale is set for hearing on July 24, 2018. Upon approval of the proposed sale to the Debtor, Trustee will address claim issues, if any, after expiration of the claims bar date on August 21, 2018. Thereafter, Trustee will prepare his TFR.

**Initial Projected Date of Final Report(TFR) :** 11/15/2018      **Current Projected Date of Final Report(TFR) :** 10/01/2018

**Trustee's Signature**     /s/Joseph A. Baldi          **Date:** 11/26/2018
Joseph A. Baldi
P.O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-04422 | Trustee Name: Joseph A. Baldi |
| Case Name: Lam, Quyen Dieu | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5674 Checking Account |
| Taxpayer ID No: **-***3012 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 11/26/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/12/2018 | | Quyen D. Lam<br>6455 N. Hamilton, 1st Floor<br>Chicago, IL 60645 | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund | | 8,000.00 | | 8,000.00 |
| | [12] | | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund  1,500.00 | 1124-000 | | | |
| | [1] | | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund  5,800.00 | 1129-000 | | | |
| | [2] | | Settlement - Equity in 2015 Sienna, 2000 Honda & 2017 Tax Refund  700.00 | 1129-000 | | | |
| 08/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,985.00 |
| 10/30/2018 | 51001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,550.00 | 6,435.00 |
| 10/30/2018 | 51002 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 2,140.50 | 4,294.50 |
| 10/30/2018 | 51003 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 12.72% to Claim #00001 | 7100-000 | | 1,778.06 | 2,516.44 |
| | | | | Page Subtotals | 8,000.00 | 5,483.56 | |

UST Form 101-7-TDR (10/1/2010) (Page 8) **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 18-04422 | Trustee Name: | Joseph A. Baldi |
| Case Name: Lam, Quyen Dieu | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******5674 Checking Account |
| Taxpayer ID No: **-***3012 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 11/26/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/30/2018 | 51004 | U.S. Bank National Association Bankruptcy Department<br>PO Box 108<br>Saint Louis, MO 63166 | Disb of 12.72% to Claim #00002 | 7100-000 | | 1,155.56 | 1,360.88 |
| 10/30/2018 | 51005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Disb of 12.72% to Claim #00003 | 7100-000 | | 351.99 | 1,008.89 |
| 10/30/2018 | 51006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Disb of 12.72% to Claim #00004 | 7100-000 | | 652.64 | 356.25 |
| 10/30/2018 | 51007 | State Farm Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 12.72% to Claim #00005 | 7100-000 | | 356.25 | 0.00 |
| | | | | Page Subtotals | 0.00 | 2,516.44 | |

| | | | |
|---|---|---|---|
| | **COLUMN TOTALS** | 8,000.00 | 8,000.00 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 8,000.00 | 8,000.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 8,000.00 | 8,000.00 |

UST Form 101-7-TDR (10/1/2010) (Page 9)  **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-04422 | Trustee Name: | Joseph A. Baldi |
| Case Name: | Lam, Quyen Dieu | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5674 Checking Account |
| Taxpayer ID No: | **-***3012 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/26/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  |  |  |  |
|---|---|---|---|
| All Accounts Gross Receipts: | 8,000.00 | | |
| All Accounts Gross Disbursements: | 8,000.00 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5674 Checking Account | 8,000.00 | 8,000.00 | |
| **Net Totals** | 8,000.00 | 8,000.00 | 0.00 |